James A. Goodman (SBN 89715)
Story E. Cunningham (SBN 301182)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310.556.8861
Facsimile: 310.553.2165
Jgoodman@ebglaw.com
Scunningham@ebglaw.com

Attorneys for Defendant
DAVIDSTEA (USA) INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CRUMLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSTEA (USA) INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-2659-AFM<br><br>**[PROPOSED]** ORDER<br><br>[Filed concurrently with Stipulation for Dismissal] |

Upon consideration of the parties' Stipulation of Dismissal With Prejudice,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each side is to bear her or its own attorneys' fees and costs.

Dated: 7/2/2018

_____
Alexander F. MacKinnon
United States Magistrate Judge

- 1 -

Firm:46467161v1   [Proposed] Order